■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY PATTEN, Appellant. [649 NYS2d 9] —Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered September 30, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^1/2$ to 9 years, unanimously affirmed.

Defendant's request for a missing witness charge, made after both sides rested, was untimely (*People v White,* 222 AD2d 209). In any event, defendant failed to meet his initial burden to support such a charge by demonstrating that the witnesses had any material knowledge (*People v Gonzalez,* 68 NY2d 424, 427).

The handwritten notes of the police chemist, even if arguably a business record, were nothing more than evidence cumulative of her testimony, and, as such, were properly excluded in the court's discretion (*People v Inniss,* 83 NY2d 653, 658). We have considered defendant's other contentions and find them to be without merit. Concur—Rosenberger, J. P., Kupferman, Nardelli, Tom and Mazzarelli, JJ.